UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/23/2024
```

-------------------------------------------------------------------X

HUMBERTO GONZALEZ,

               Plaintiff,

-against-

55 HALLEY STREET, INC. and STILLMAN MANAGEMENT, INC., DORIS BASILONE and SUSAN TULARZKO, as individuals,

               Defendants.

-------------------------------------------------------------------X

Case No.: 23-CV-9049

[PROPOSED]
**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants 55 HALLEY STREET, INC. and STILLMAN MANAGEMENT, INC., DORIS BASILONE and SUSAN TULARZKO, as individuals (collectively "Defendants"), having offered to allow Plaintiff HUMBERTO GONZALEZ ("Plaintiff") to take a judgment against them, in the sum of One Hundred Thousand Dollars and Zero Cents ($100,000.00), inclusive of legal fees and costs, with respect to Plaintiff's individual federal claims only under the Fair Labor Standards Act, as amended, against Defendants in his Complaint in the above captioned action, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated April 8, 2024 and filed as Exhibit A to Docket Number 26;

**WHEREAS**, on April 19, 2024, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 26);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff HUMBERTO GONZALEZ, in the sum of $100,000.00, in accordance with Defendants' Rule 68 Offer of Judgment dated April 8, 2024 and filed as Exhibit A to Docket Number 26. The Clerk of Court is respectfully directed to close this case.

Dated: April 23, 2024
       White Plains, NY

SO ORDERED:

*/s/ Nelson S. Román*
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE